UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY LEBLANC,

        Plaintiff,

vs.

        Case No. 15-cv-12060
        HON. GERSHWIN A. DRAIN

ROBERT G. COTTON FACILITY,

        Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTION [#9]

On June 12, 2015, this Court entered an Order Denying Plaintiff's Application to Proceed *in Forma Pauperis* and Dismissing Complaint Without Prejudice. *See* Dkt. No. 3. Plaintiff is a prolific filer who has been warned by at least one other judge in this district that he is unable to proceed *in forma pauperis* in the civil rights actions he continues to file pursuant to the "three strikes rule" under 28 U.S.C. § 1915(g). After this Court dismissed Plaintiff's Complaint, Plaintiff filed a Notice of Appeal. *See* Dkt. No. 5. Thereafter, Plaintiff filed a Motion for Injunction, which is now before the Court. *See* Dkt. No. 9.

Plaintiff is not entitled to an injunction for the reasons articulated in this Court's

Order Dismissing his Complaint. *See* Dkt. No. 3. Moreover, because a Notice of Appeal has been filed, this Court is divested of jurisdiction to review Plaintiff's present motion. *Taylor v. KeyCorp.*, 680 F.3d 609 (6th Cir. 2012) ("The filing of a notice of appeal is an event of jurisdictional significance–it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

Accordingly, Plaintiff's Motion for Injunction [#9] is DENIED.

SO ORDERED.


Dated: August 4, 2015         /s/Gershwin A Drain
                              GERSHWIN A. DRAIN
                              UNITED STATES DISTRICT JUDGE